AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Santiago GONIMA-GIRALDO, | ) | Case No.  12-8347-DLB |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

FILED by _____ D.C.

SEP - 6 2012

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. W.P.B.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ September 5, 2012 _____ in the county of _____ Palm Beach _____ in the _____ Southern _____ District of _____ Florida _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B) | The defendant, did knowingly and willfully possess with intent to distribute 500 grams or more of a mixture and substance containing cocaine, a schedule II controlled substance. |

This criminal complaint is based on these facts:

See attached affidavit of United States Homeland Security Investigations Special Agent Johanna D. Baquerizo

☑ Continued on the attached sheet.

_____
*Complainant's signature*

_____ Special Agent, HSI Johanna D. Baquerizo _____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____ 09/06/2012 _____

_____
*Judge's signature*

City and state: _____ West Palm Beach, Florida _____        U.S. Magistrate Judge DAVE LEE BRANNON
*Printed name and title*

## AFFIDAVIT
### Case No. 12-8347-DLB

I, Johanna D. Baquerizo, a Special Agent (S/A) of the United States Department of Homeland Security, Homeland Security Investigations (HSI), Office of the Assistant Special Agent in Charge, West Palm Beach, Florida, being duly sworn, depose and state as follows:

### Introduction

1.   I am a Special Agent with Homeland Security Investigations (HSI), U.S. Immigration and Customs Enforcement (ICE), and have been duly employed in this position since July 2011.  Prior to July 2011, I was employed by ICE as a student trainee since April 2009.  I received a Bachelor of Arts in Criminal Justice from Florida Atlantic University in 2010.

2.   As a Special Agent with Homeland Security Investigations, my duties and responsibilities include conducting criminal investigations of individuals and businesses who have violated federal laws, particularly those laws as found in Titles 8, 18, 19 and 21 of the United States Code.  I was hired by the U.S. Department of Homeland Security as a Special Agent and received training at The Federal Law Enforcement Training Center (FLETC) Academy.  My training includes 23 weeks at the Criminal Investigator School and Immigration and Customs Enforcement Special Agent Training at the Federal Law Enforcement Training Center, Glynco, Georgia.

3.   This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers.  This affidavit does not set forth every fact

known to me regarding the investigation but only those facts necessary to establish probable cause to support a federal criminal complaint against, Santiago GONIMA-GIRALDO (YOB: 1990).

**Facts in Support of Probable Cause**

4.    On September 6, 2012, Palm Beach County Sheriff's Office (PBSO) Narcotic Agents were conducting a criminal interdiction at the parking lot of the Capri Restaurant located at 817 Southern Boulevard, West Palm Beach, Florida, an area your affiant knows to be located within Palm Beach County and the Southern District of Florida.  The drivers of the "La Cubana" bus granted permission for PBSO Narcotic Agents to interview passengers as they returned to their seats on the bus.  All PBSO Narcotic Agents were wearing plain clothes and identified themselves as law enforcement officers to each passenger on the commercial bus. PBSO Agents then conducted consensual interviews with each passenger.  One passenger later identified as Santiago GONIMA-GIRALDO entered the bus and went straight to the bus bathroom.  The PBSO Narcotics Agents' attention was drawn to GONINA-GIRALDO when, upon finding the bus bathroom had been locked by "La Cubana" bus drivers,  GONIMA-GIRALDO exited the bus in a rapid and nervous manner.  Upon GONIMA-GIRALDO returning to the bus and taking his seat 37, PBSO Narcotic Agents conducted a consensual interview. PBSO Narcotic Agents located one black bag in the overhead compartment. GONIMA-GIRALDO was asked if he spoke English and he confirmed that he did. PBSO Narcotic Agents asked GONIMA-GIRALDO if the black bag in the overhead compartment was his and responded "yes."  At which time, PBSO

2

Narcotic Agents began to inspect the black bag that GONIMA-GIRALDO identified as being his. PBSO Narcotic Agents stated that inside the black bag were brown and white (shopping styled bags with string handles). As PBSO Agents started to remove the shopping style bags from the black bag, GONIMA-GIRALDO began to act very nervous, could not stand still, and began to text on his white cellular phone. GONIMA-GIRALDO was asked to stop texting on his cellular telephone. PBSO Narcotic Agent Sands requested assistance from PBSO Narcotic Agent Murray. PBSO Agent Murray asked GONIMA-GIRALDO in the English language if the black bag was his and he did not respond. PBSO Narcotic Agent Murray then asked GONIMA-GIRLADO in the Spanish language if the black bag was his and he responded yes in the Spanish language. PBSO Narcotic Agent Murray asked GONIMA-GIRALDO if she could search the black bag in Spanish, and he responded yes in the Spanish language. While removing the shopping style bags from the black bag, PBSO Agents Sands noticed the bags to be extremely heavy for that style bag. PBSO Agent Sands utilized his pocket knife to probe the bottom of the shopping styled bags. PBSO Agent Sands discovered a white powered substance in the bottom of the shopping styled bag. PBSO Agents removed GONIMA-GIRALDO and his bags from the "La Cubana" bus. PBSO Narcotic Agents field tested the white powered substance and the test came back positive for cocaine.

5.  GONIMA-GIRALDO was placed in hand restraints and transported along with his bags to the Palm Beach County Sheriff's Office to be interviewed. After arriving at the Palm Beach County Sheriff's Office PBSO Narcotic Agents dismantled the

3

shopping bags and found five separate packages of cocaine.  The weights on the individual packages were .95 pounds, 1.05 pounds, 1.00 pounds, 1.05 pounds and 1.05 pounds for a total weight of approximately 5.10 pounds of powder cocaine.

6.   PBSO Narcotic Agents interviewed GONIMA-GIRALDO in the Spanish language. GONIMA-GIRALDO was advised of his <u>Miranda</u> warnings in the Spanish language and advised that he understood his rights.  GONIMA-GIRALDO waived his rights and signed a Spanish language Palm Beach County Sheriff's Office <u>Miranda</u> rights card.  GONIMA-GIRALDO stated he traveled on or about August 31, 2012, from Medellion, Colombia to Fort Lauderdale, Florida with the cocaine in his possession. On September 5, 2012, GONIMA-GIRALDO boarded "La Cubana" bus in Miami, Florida and was going to go to New York, New York. GONIMA-GIRALDO stated he was going to be paid $12,000 once he arrived in New York and delivered the packages of cocaine.

7.   Based on the foregoing, your Affiant believes that probable cause exists to charge t defendant Santiago GONIMA-GIRALDO with violation of Title 21 United States Code, Sections 841(a)(1) and 841(b)(1)(B), to wit, Possession With Intent to

4

Distribute 500 Grams of More of a Mixture and Substance containing Cocaine, a

Schedule II controlled substance.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

Special Agent Johanna D. Baquerizo
United States Homeland Security Investigations

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 6TH DAY OF
SEPTEMBER, 2012, AT WEST
PALM BEACH, FLORIDA.

DAVE LEE BRANNON
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NUMBER: 12-8347-DLB

### <u>BOND RECOMMENDATION</u>

DEFENDANT: Santiago GONIMA-GIRALDO

Pre-Trial Detention

(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____

AUSA:    John C. McMillan, Jr.

Last Known Address: _____

_____

_____

What Facility:      Palm Beach County Jail

_____

Agent(s):      HSI S/A Johanna D. Baquerizo

(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

No.   12-8347-DLB

UNITED STATES OF AMERICA

vs.

SANTIAGO GONIMA-GIRALDO,

Defendant.
_____/

## CRIMINAL COVER SHEET

1.     Did this matter originate from a matter pending in the Northern Region of the United States
       Attorney's Office prior to October 14, 2003?     _____ Yes   _X_ No

2.     Did this matter originate from a matter pending in the Central Region of the United States
       Attorney's Office prior to September 1, 2007?     _____ Yes   _X_ No

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

BY: _____
JOHN C. McMILLAN, JR.
ASSISTANT UNITED STATES ATTORNEY
Admin. No. A5500228
500 S. Australian Avenue, Suite 400
West Palm Beach, FL 33401-6235
Tel: (561) 820-8711
Fax: (561) 820-8777
John.McMillan@usdoj.gov